# Ford|Richardson

901 E. Byrd St., Suite 1800, Riverfront Plaza, West Tower, Richmond, Virginia 23219
Main office: 804-220-6113 | Toll free: 833-205-7673 | Fax: 804-482-4898
**Faraaz A. Jindani | Ph.: 804-362-0900 | E-mail: fjindani@fordrichardsonlaw.com**

November 7, 2023

**RECEIVED**

**NOV 08 2023**

CLERK'S OFFICE
HENRICO CIRCUIT COURT

<u>Via Hand Delivery</u>
Honorable Heidi S. Barshinger
Henrico Circuit Court
Attention: Civil Division
P.O. Box 90775
4309 East Parham Road
Henrico, VA 23273

> Re:  Henrico County and Board of Henrico County Supervisors a/s/o Russell
> Proffitt v. Ashley Furniture Industries, LLC., et al.,
> Case No. _____

Dear Ms. Barshinger,

Please find enclosed a Complaint, civil cover sheet, and a check in the amount of $296.00 for the Complaint filing fee.

Thank you for your time and consideration in this matter. Should any questions or concerns arise, please do not hesitate to contact my office.

Sincerely,

Faraaz A. Jindani

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR HENRICO COUNTY

RECEIVED

NOV 08 2023

CLERK'S OFFICE
HENRICO CIRCUIT COURT

HENRICO COUNTY and
BOARD OF HENRICO COUNTY SUPERVISORS
A/S/O RUSSELL PROFFIT, SUBROGEE,

*Plaintiff,*

v.

Case No. CL _____

ASHLEY FURNITURE INDUSTRIES, LLC.,
ASHLEY DISTRIBUTION SERVICES, LTD.
ASHLEY HOMESTORES, LTD., CORP.

AMAZON.COM SERVICES, LLC.,
AMAZON.COM SALES, LLC.,
AMAZON LOGISTICS, INC.,
AMAZON CORPORATE, LLC.,
AMAZON DATA SERVICES, INC.,
AMAZON WEB SERVICES, INC.,

and

ECOM REVOLUTION, LLC.

*Defendants*

### COMPLAINT

COMES NOW, Plaintiff, Henrico County and Board of Henrico County Supervisors (hereinafter "Henrico") as subrogee of Russell Proffitt (hereinafter referred as "Proffitt"), by counsel, moves for judgment against the Defendants, Ashley Furniture Industries, LLC., Ashley Distribution Services Ltd. and Ashley HomeStores, Ltd., Corp. (hereinafter referred collectively as "Ashley"), Amazon.com Services, LLC., Amazon.com Sales, LLC., Amazon Data Services, Inc., Amazon Logistics, Inc., Amazon Corporate, LLC., and Amazon Web Services, Inc. (hereinafter referred collectively as "Amazon"), and Ecom Revolution, LLC. (hereinafter referred

1

as "Ecom"), jointly and severally, on the grounds and in the amount set forth as follows:

PARTIES, JURISDICTION, AND VENUE

1. At all relevant times, Proffitt was a resident of Henrico County, Virginia.

2. At all relevant times, Henrico was Proffitt's self-insured employer that has been and continues to be located and conducts business in Henrico County, Virginia and is a public body politic and corporate, with the power to sue pursuant to Virginia Code §15.2-1404.

3. Ashley Furniture Industries, LLC. has a corporate headquarter located in Arcadia, Wisconsin and conducts business in Virginia.

4. Ashley Distribution Services, Ltd. has a corporate headquarter located in Arcadia, Wisconsin and conducts business in Virginia.

5. Ashley HomeStores, Ltd., Corp has a corporate headquarter located in Arcadia, Wisconsin and conducts business in Virginia.

6. Amazon.com Services, LLC. has a principle office located in Seattle, Washington and conducts business in Virginia.

7. Amazon.com Sales, LLC. has a principle office located in Seattle, Washington and conducts business in Virginia.

8. Amazon.com Logistics, Inc. has a principle office located in Seattle, Washington and conducts business in Virginia.

9. Amazon Corporate, LLC. has a principle office located in Seattle, Washington and conducts business in Virginia.

10. Amazon.com Data Services, Inc. has a principle office located in Seattle, Washington and conducts business in Virginia.

11. Amazon Web Services, Inc. has a principle office located in Seattle, Washington and

2

conducts business in Virginia.

12. Ecom Revolution, LLC. has a principle office located in Downingtown, Pennsylvania and conducts business in Virginia.

## FACTUAL ALLEGATIONS

13. Proffitt was, at all relevant times, an employee of Henrico.

14. On November 8, 2021, Proffitt was working within the course of and scope of his employment at Henrico.

15. On November 8, 2021, Proffitt was rising up from a Yandel power lift recliner (hereinafter referred as "recliner"), Model Number 1090012, and placed his hand on the left armrest to help him exit when the left armrest suddenly failed and severed causing Proffitt to fall resulting in a lower back injury.

16. Proffitt suffered an injury arising out of and in the course and scope of his employment and an award Order was entered by the Virginia Workers' Compensation Commission awarding medical benefits and indemnity benefits pursuant to Virginia Workers' Compensation Act, Virginia Code §65.2-101, et seq.

17. The recliner was purchased by Henrico on Amazon.com on April 22, 2021.

18. Ecom was listed as the seller of the recliner on Amazon.com.

19. The recliner was created, designed, and manufactured by Ashley.

20. Henrico paid Proffitt $107,147.23 in indemnity benefits and $126,853.17 in medical benefits pursuant to Virginia Workers' Compensation Act.

21. Henrico settled the workers' compensation claim with Proffitt for an additional $45,000.00.

22. Henrico seeks recovery for damages from Ashley, Amazon, and Ecom arising out of

3

Proffitt's November 8, 2021 work-related injury and workers' compensation claim.

23. Virginia Code §65.2-309 states, in relevant part:

> "A claim against an employer under this title for injury…shall create a lien on behalf of the employer against any verdict or settlement arising from any right to recover damages that the injured employee…may have against any other party for such injury…and such employer shall also be subrogated to any such right and may enforce in his own name, or in the name of the injured employee…the legal liability of such other party."

## CAUSE OF ACTION

### Count I Negligence

24. Henrico re-alleges and incorporates by reference Paragraphs 1-23 of this Complaint as if fully set forth herein.

25. The recliner was defective when it left the control of Ashley, Amazon, and Ecom.

26. Ashley, Amazon, and Ecom knew that the recliner would be purchased and used without inspection for defects.

27. The recliner at the time of the injury was being used in a manner that was reasonably foreseeable and intended by Ashley, Amazon, and Ecom.

28. The recliner did not exhibit a readily apparent substantial danger known by Proffitt.

29. Ashley, Amazon, and Ecom failed to exercise reasonable duty of care in the creation, design, manufacturing, testing, assembly, distribution, and sale of the product that resulted in a design defect and manufacturing defect.

30. Ashley, Amazon, and Ecom had a duty to provide information, instructions, and warnings, and failed to warn or adequately warn of any design defects or manufacturing defects.

31. Ashley, Amazon, and Ecom's negligent failure to provide a reasonably safe recliner proximately resulted in Proffitt's injury and damages.

32. As a direct and proximate result of Ashley, Amazon, and Ecom's negligence, as alleged

4

herein, Proffitt suffered a serious and permanent injuries that has and will require great sums of money for future medical care, lost earnings, and loss of earning capacity, which were paid by Henrico in such further amounts to be shown at trial.

### Count II Breach of Warranty

33. Henrico re-alleges and incorporates by reference Paragraphs 1-32 of this Complaint as if fully set forth herein.

34. Proffitt relied upon the express and implied warranty from Ashley, Amazon, and Ecom that the recliner manufactured and sold was safe and fit for the purpose for which the recliner was used and for which the recliner was designed and purchased.

35. The recliner features provided to Proffitt were not complete and fit for sale.

36. Proffitt used the recliner in the manner that was reasonably foreseeable and intended by Ashley, Amazon, and Ecom without alteration.

37. Ashley, Amazon, and Ecom held out to the general public that products manufactured and sold were of sound material and good workmanlike manner that were free of any material design and manufacturing defects.

38. As a direct and proximate result of the defects in the recliner which constituted a breach of warranty as aforesaid, the left armrest of the recliner failed and severed resulting in serious and permanent injuries to Proffitt requiring great sums of money for medical treatment, lost earnings, and loss of earning capacity, which were paid by Henrico in such further amounts to be shown at trial.

**WHEREFORE** Plaintiff, Henrico County and Board of Henrico County Supervisors a/s/o Russell Proffitt, subrogee, demands judgment against the Defendants, Ashley Furniture Industries, LLC., Ashley Distribution Services Ltd., Ashley HomeStores,

5

Ltd., Corp., Amazon.com Services, LLC., Amazon.com Sales, LLC., Amazon Data Services, Inc., Amazon Logistics, Inc., Amazon Corporate, LLC., Amazon Web Services, Inc., and Ecom Revolution, LLC., jointly and severally, in the sum of $279,000.40, plus pre-judgment and post-judgment interest at the lawful rate, costs, and such further relief as shall be deemed just by the Court.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully Submitted,

**HENRICO COUNTY and**
**BOARD OF HENRICO COUNTY SUPERVISORS**
 **a/s/o RUSSELL PROFFITT**

By: _____
                    Counsel

Faraaz A. Jindani (VSB #87669)
FORD RICHARDSON, P.C.
901 E. Byrd Street
Riverfront Plaza, West Tower,
Suite 1800
Richmond, VA 23219
Telephone: (804) 220-6113
Facsimile:   (804) 482-4898
fjindani@fordrichardsonlaw.com

7